IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER SCOTT DANGIM,

    Plaintiff,

v.                                              No. 1:23-cv-00131-KWR-LF

ALBUQUERQUE POLICE DEPARTMENT, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 8**) filed **March 16, 2023**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

                                                        **KEA W. RIGGS**
                                                        **UNITED STATES DISTRICT JUDGE**